61853. HAYES v. THE STATE.

SHULMAN, Presiding Judge.

This is an appeal from the denial of an appeal bond. Inasmuch as the Supreme Court has denied the petition for certiorari in the underlying case, the issues presented herein are now moot. The appeal must, therefore, be dismissed. Code Ann. § 6-809 (b).

*Appeal dismissed. Birdsong and Sognier, JJ., concur.*

DECIDED JUNE 5, 1981.

*Joanna NeSmith Rosner,* for appellant.

*H. Lamar Cole, District Attorney,* for appellee.